IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davenport, Danielle T

Printed: 12/02/08

Case Number: 07 B 22018
Judge: Hollis, Pamela S
Filed: 11/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: January 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 697.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 657.85 |
| Trustee Fee: |  | 39.65 |
| Other Funds: |  | 0.00 |
| Totals: | 697.50 | 697.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 657.85 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 2,738.17 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 61.28 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 252.78 | 0.00 |
| 6. | Capital One | Unsecured | 837.87 | 0.00 |
| 7. | Capital One | Unsecured | 1,213.74 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 93.38 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 131.08 | 0.00 |
| 10. | Nicor Gas | Unsecured | 255.08 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 125.00 | 0.00 |
| 12. | Black Expressions | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,189.88 | $ 657.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 27.95 |
| 6.5% | 11.70 |
|  | $ 39.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Davenport, Danielle T

Printed: 12/02/08

Case Number:  07 B 22018
Judge:  Hollis, Pamela S
Filed:  11/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

